**Opinion filed June 14, 2018**



In The

# Eleventh Court of Appeals

_____

## No. 11-17-00101-CV

_____

## IN THE MATTER OF THE ESTATE OF
## LUCILE JARRATT FRAZIER, DECEASED

**On Appeal from the 32nd District Court**
**Mitchell County, Texas**
**Trial Court Cause No. 16,499**

### M E M O R A N D U M   O P I N I O N

Appellants have filed in this court a motion to dismiss this appeal. According to the motion, the parties have "entered into a Settlement Agreement and Mutual Release" that "disposed of all issues forming the basis of this appeal." Appellants have certified that the motion is unopposed. In accordance with Appellants' request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

June 14, 2018                                                  PER CURIAM

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.